

101 Park Avenue, 17th Floor
New York, NY 10178
212.878.7900   212.692.0940
WWW.FOXROTHSCHILD.COM

MATTHEW B. BAUM
Direct No: 212.878.1429
Email: mbaum@foxrothschild.com

August 27, 2025

**VIA PACER**

Hon. Gary R. Brown, U.S.D.J.
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

      Re:    *Securities and Exchange Commission v. Baris Cabalar*
                 Case No.: 2:24-cv-07274-GRB-LGD

Dear Judge Brown:

    We represent Defendant Baris Cabalar ("Mr. Cabalar") in the above-captioned action commenced by the Securities and Exchange Commission ("SEC").

    We request an adjournment of the pre-motion conference currently scheduled for October 2, 2025 at 10:30 a.m. because it occurs on the Jewish holiday, Yom Kippur. The SEC does not object to the request. We have conferred regarding alternative dates and the parties are available on the following dates: October 7-10, 24, and October 27-30, 2025.

    Thank you for your attention to this matter.

                                             Respectfully submitted,

                                             */s/ Matthew B. Baum*

                                             Matthew B. Baum