

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 1, 2025

**By ECF**
Hon. Gary R. Brown
United States District Court Judge
100 Federal Plaza
Central Islip, NY 11722-9014

    Re:    *SEC v. Cabalar*, 24-cv-7274 (E.D.N.Y.) (GRB/LGD)

Dear Judge Brown:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court stay this action due to a lapse in federal government appropriations, and adjourn the conference scheduled for October 8, 2025. Defendant Baris Cabalar consents to this request.

    On October 1, 2025, most SEC personnel will be furloughed (with limited exceptions) and are prohibited from working. SEC counsel assigned to this matter are being furloughed for purposes of this matter and thus are not available to work on it. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

    Accordingly, it is appropriate for the Court to stay this case until the lapse in appropriations ends.

    Respectfully submitted,

     /s/ Christopher J. Dunnigan
    Christopher J. Dunnigan
    Senior Trial Counsel

cc: (by ECF):  Matthew B. Baum, Esq.
                Fawn M. Lee, Esq.
                *Counsel for Defendant*
                *Baris Cabalar*